**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JOSEPH A. PIERPONT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN NORTH AMERICA, INC., and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No.  3:15-cv-01615-JAM<br><br><br><br><br><br>Date:  November 23, 2015 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Joseph A. Pierpont, by undersigned Counsel, hereby voluntarily dismisses his complaint, without prejudice, against Defendants Experian North America, Inc. and Experian Information Solutions, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A).

| | |
|---|---|
| Dated:  November 23, 2015 | **SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**<br><br>  s/ Joseph P. Guglielmo<br>Joseph P.  Guglielmo (CT 27481)<br>Erin Green Comite (CT 24886)<br>156 South Main Street<br>P.O.  Box 192<br>Colchester, CT  06415<br>Tel.: 860-537-5537<br>Fax:  860-537-4432<br>jguglielmo@scott-scott.com<br>ecomite@scott-scott.com<br><br>Gary F.  Lynch<br>Jamisen Etzel<br>Kevin Abramowicz<br>**CARLSON LYNCH SWEET & KILPELA LLP**<br>1133 Penn Avenue<br>5th Floor<br>Pittsburgh, PA 15222<br>Tel: 412 322-9243 |

Fax; 412 231-0246
glynch@carlsonlynch.com
jetzel@carlsonlynch.com
kabramowicz@carlsonlynch.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 23, 2015, a copy of foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

       /s/ Joseph P. Guglielmo  
Joseph P.  Guglielmo (CT 27481)  
**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**  
156 South Main Street  
P.O. Box 192  
Colchester, CT 06415  
Telephone: (860) 537-5537  
Facsimile:  (860) 537-4432  
jguglielmo@scott-scott.com